Cite as 2022 Ark. 166

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS ACCESS TO JUSTICE FOUNDATION, INC.

**Opinion Delivered:** September 22, 2022

**PER CURIAM**

Kyle Burton, Esq., of Benton, is appointed to the Board of Directors of Arkansas Access to Justice Foundation, Inc., for a term to expire on April 30, 2024. We thank Mr. Burton for accepting appointment to the board.

The court expresses its gratitude to Stacey Pectol, Esq., of Little Rock, whose term is ending, for her valuable service to the board.